# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina
Asheville Division

FILED
ASHEVILLE, N.C.
FEB 06 2018
U.S. DISTRICT COURT
W. DIST. OF N.C.

Keith C. Celebrezze

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Christopher Ray Swanson

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 1:18-cv-26-MR
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Keith C. Celebrezze |
   | Street Address | 250 Sawyers Cove Rd. |
   | City and County | Murphy / Cherokee |
   | State and Zip Code | NC 28906 |
   | Telephone Number | 360-618-2841 |
   | E-mail Address | kccele@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

   Defendant No. 1

| | |
|---|---|
| Name | Christopher Ray Swanson |
| Job or Title *(if known)* | Deputy |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | chris.swanson@cherokeecounty-nc.gov |

Defendant No. 2
| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3
| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4
| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1. 42 USC 1983

2. Our Sacred **U.S. Constitution, Amendments First** (Speech; Establishment-gigantic ten commandments right behind the judge. I love my Big Brother Jesus but I'm not Judeo-Christian; I am unaffiliated, and affiliated with all), **Second** (Arms-Chris took my Walther when he was accusing me of shooting Mrs. Shields, and broke the assault light), and **Fourth** (apparently-homosexual Seizure)

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

    The amount in controversy the amount the plaintiff claims the defendant owes or the amount at stake is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Two days ago, I turned my back completely to Chris and passed sideways in front of him on my back porch at my Home, with my new Cockapoo puppy, Leonidas in my hands. There were at least 4 or five inches between his pelvis and my buttocks. I was wearing a bathrobe. Chris moved the four or five inches toward me, thrusted his pelvis against my robed buttocks, and pinned me to the rail saying "now you've assaulted an officer and you're under arrest". He wasn't pinning me there hard. I froze immediately when he moved toward me. But it was extremely strange, violative, and uncomfortable. He pulled my right hand behind my back, while Leonidas was in my left, and gently held it there for a full 2 or 3 seconds, waiting for something, still pressing his pelvis up against my robed buttocks, pinned to the rail. He then sort of shifted counterclockwise a bit as if to allow his young subordinate Deputy to see how this sort of thing is done. I gave Chris zero of the resistance he was waiting for, for what purpose we can only deduce. I called out 3 or 4 times for my nearest neighbor, Buck, but I was never scared. Chris doesn't scare me. Nothing scares me anymore frankly. I try to live by the golden rule, and I've developed a strong confidence, from achievements, that I have the capability to handle whatever God puts in my path. So far so good. With my right arm held strangely, gently behind my back, Chris barked at me to drop the Cockapoo puppy, like a chalupa, which I did. Then he pulled my left arm behind my back too, put the cuffs on, and cinched them down as far as they would go. On the long, twisty ride from my Home to our well-run jail (CO's and Staff anyway; Sheriff himself is derelict in numerous statutory requirements), I was able to keep my body off of my hands and avoid any injury at all, thank God. I was very well treated at the jail, where I was given a piece of paper that indicated Chris actually swore to the lie he had perpetrated, before God. There was a single charge of resisting arrest, I think. I only glanced at it in the cell to see if Mrs. Shields' name was on it, then went back to prayer. I haven't looked at it since, and don't intend to.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The wrongs are continuing and escalating. My neighbors and I have begged the Sheriff, DERRICK PALMER for years to serve and protect us against our sociopathic neighbor, Patrick Mahoney. Zero service of value has been provided. Pending complaints against a related State actor, ASHLEY WELCH have been lodged with her bar and Supreme Court, and others, and still no service or protection. A 1983 action is being prepared for her now, as well. If possible, I would like a written unqualified apology from Chris, admitting that every single word I wrote in my statement to the Sheriff of the night of the apparently homosexual assault was THE GOD'S HONEST TRUTH. I would also respectfully request that the Sheriff be ordered to receive felony evidence of grand theft and a possible second poisoning by Mahoney, offered numerous times but refused without explanation. I respectfully request that a Deputy be ordered to take my complaint of recent Mahoney restraining order violations, and to conduct an Internal Affairs Inquiry into the Swanson brutality and corruption, and to offer victim services. I respectfully request the Sheriff be ordered to remove all records, and to request removal of records he does not control, of my arrests related to Mahoney. May the Sheriff also be ordered to do everything in his power to avoid my name appearing in upcoming newspapers, and to request they print a retraction of the notice of my arrest for a criminal False Report Mahoney lodged against me. And $100,000.00 in punitive damages, to be used for community improvement.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: February 3, 2018

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Keith C. Celebrezze

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

*"THOU SHALT NOT BEAR FALSE WITNESS AGAINST THY NEIGHBOR!!!!!"*

- Angry giant stone sign in Murphy NC court room

*"(T)he government of the United States of America is not in any sense founded on the Christian Religion."*

- Effective 2018, The Supreme Law of the United States of America, Treaty of Peace and Friendship, 1796

*"(W)henever any Form of Government becomes destructive of (American) ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness."*

-Thomas Jefferson

*"All Things Work Together For Good"*

-God, I think

